UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MALIK PAYANO, JUAN C. SUAREZ,
MAKESA KEKE FOFANA, MINDY LIU,   CASE NO. 15-CV-10178 (SN)
JUAN GARCIA, JORGE E. FLORES JR.,
AMANDA DIMEGLIO, SABINA
ADROVIC, ABIGAIL HAYNES, ANGELA
DISPENZA, STEPHANIE CONSTANZO,
ARONA COHEN, and MARTINA
HALAGA on behalf of themselves and others
similarly situated,

        Plaintiffs,

        v.

BURBERRY LIMITED a/k/a BURBERRYS
LIMITED,
        Defendant.
-----------------------------------------------------x

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, the Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Sarah Netburn at the United States Court for the Southern District of New York, 40 Foley Square, New York, New York, on such day and time as counsel may be heard, for an order preliminarily approving the class action settlement agreement and notice to the class.

Dated: New York, New York
July 17, 2017
/s/ Denise A. Schulman
D. Maimon Kirschenbaum
Denise A. Schulman
JOSEPH & KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 688-2548 (fax)

David Harrison
HARRISON, HARRISON & ASSOCIATES, LTD.
110 State Highway 35, 2nd Floor
Red Bank, NJ, 07701
(718) 799-9111

*Attorneys for Plaintiffs, Opt-In Plaintiffs, and the Class*